UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HOFFMAN BROTHERS HEATING, and AIR CONDITIONING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | Case No. 4:19 CV 200 RWS |
| HOFFMAN AIR CONDITIONING & HEATING, LLC., et al., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff has filed a motion for preliminary injunction in this newly-filed case, which appears to be related to Case Number 4:16 CV 206 RWS, also pending before the undersigned. Plaintiff requests expedited discovery and to seal documents in support of the motion for preliminary injunction. After consideration,

**IT IS HEREBY ORDERED** that the motion to seal [18] will be denied, as the documents can be redacted to conceal customer identifying information. Plaintiff shall file its redacted exhibits in compliance with this Memorandum and Order no later than five days from the date of this Order.

**IT IS FURTHER ORDERED** that the motion for expedited discovery [20] is denied as moot, as the parties are required to file a **joint proposed schedule** for

resolution of the preliminary injunction motion no later than **noon on April 5, 2019.** The joint proposed schedule shall include the following:

1. Deadlines for filing an opposition brief to the motion for preliminary injunction and any reply brief in support of the motion, as well as a deadline for moving for consolidation of this case with Case Number 4: 19 CV 206 RWS.

2. Deadlines for propounding and responding to written discovery, producing documents, and taking depositions related to the preliminary injunction hearing.

3. A proposed date for the preliminary injunction hearing and an estimated length of time for the hearing.

3. Deadlines for filing the following pre-hearing materials:

a. A list of proposed witnesses who will be called to testify and those who may be called, with a short synopsis of the subject matter of each witness' testimony;

b. Exhibit lists identifying those exhibits that will be introduced into evidence and those that may be introduced;

c. A stipulation of all exhibits which may be introduced without objection or preliminary identification, and written objections to all other exhibits;

d. Proposed findings of fact and conclusions of law;

e. A bond proposal; and

f. A proposed form of relief.

**IT IS FURTHER ORDERED** that, no later than **April 5, 2019**, the parties shall also file a joint statement regarding the propriety of early alternative dispute resolution, as the Court believes that this case is one that should be sent to early mediation. If the parties request early mediation, they should propose mediation dates and provide the Court with any proposed orders necessary to facilitate the prompt and expedient resolution of this case.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of March, 2019.