UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HOFFMAN BROTHERS HEATING, and AIR CONDITIONING, INC., </br></br>  Plaintiff, </br></br> vs. </br></br> HOFFMAN AIR CONDITIONING & HEATING, LLC., et al., </br></br>  Defendants. | Case No. 4:19 CV 200 RWS |

## **MEMORANDUM AND ORDER OF STAY**

After due consideration,

**IT IS HEREBY ORDERED** that the joint motion to stay proceedings [28] is granted as follows: **this case is stayed pending the conclusion of mediation**.

**IT IS FURTHER ORDERED** that not later than two days after the conclusion of mediation, the parties shall file a joint memorandum advising the Court on the status of the case, including whether the case or the preliminary injunction motion have been resolved. If the parties still request that the Court hear the motion for preliminary injunction, the joint memorandum shall advise the Court whether any deadlines for the preliminary injunction hearing need to be amended, including the hearing date, and if so, shall include joint proposed amended deadlines.

**IT IS FURTHER ORDERED** that the motion for extension [29] is granted, and the parties will file any motion for consolidation of this case with Case Number 4: 19 CV 206 RWS by no later than **two days after the conclusion of mediation.**

Failure to comply with the foregoing provisions could result in the imposition of sanctions.

                                                 RODNEY W. SIPPEL
                                                 UNITED STATES DISTRICT JUDGE

Dated this 15th day of April, 2019.