UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HOFFMAN BROTHERS HEATING and AIR CONDITIONING, INC., ) ) ) Plaintiff, ) ) vs. ) ) HOFFMAN AIR CONDITIONING ) & HEATING, LLC., et al., ) ) Defendants. ) | Case No. 4:19 CV 200 RWS |

## **MEMORANDUM AND ORDER**

The parties notified my chambers of a "time-sensitive discovery dispute" relating to discovery for the preliminary injunction hearing. The Court will permit each side to file a five page brief outlining its position with respect to the discovery dispute no later than noon on May 29, 2019. The Court will then hold a brief hearing on Thursday, May 30, 2019 at 9:00 a.m. in Courtroom 16-South to resolve the dispute. The Court expects counsel to continue good faith attempts to resolve this discovery dispute as well as the entirety of this case.

Accordingly,

**IT IS HEREBY ORDERED** that each **party shall file a memorandum no longer than five (5) pages in length setting out its position with respect to the discovery dispute no later than noon on May 29, 2019.**

**IT IS FURTHER ORDERED** that the Court will hold **a hearing on the discovery dispute on May 30, 2019 at 9:00 a.m. in Courtroom 16-South**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of May, 2019.