UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

HOFFMANN BROTHERS HEATING )
and AIR CONDITIONING, INC., )
                                                   )
     Plaintiff, )
                                                   )
    vs. )          Case No. 4:19 CV 200 RWS
                                                   )
HOFFMANN AIR CONDITIONING )
& HEATING, LLC., et al., )
                                                   )
     Defendants. )

## **MEMORANDUM AND ORDER**

For good cause shown and over objection of plaintiff,

**IT IS HEREBY ORDERED** that the motion to continue [123] is granted as follows: the evidentiary hearing previously set for **Monday, September 30, 2019, is reset for Thursday, October 10, 2019, at 1:00 p.m. in Courtroom 16-South.**

                                                  _____
                                                  RODNEY W. SIPPEL
                                                  UNITED STATES DISTRICT JUDGE

Dated this 20th day of September, 2019.