UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HOFFMAN BROTHERS HEATING, and AIR CONDITIONING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:19 CV 200 RWS |
| HOFFMAN AIR CONDITIONING & HEATING, LLC., et al., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

After due consideration,

**IT IS HEREBY ORDERED** that:

1) Defendants will file their response to plaintiff's amended motion for preliminary injunction no later than **November 8, 2019**. Plaintiff will file its reply brief in support of its motion for preliminary injunction no later than **November 15, 2019**.

2) Defendants will file a response to plaintiffs' renewed motion to dismiss or a memorandum requesting the Court consider their previously filed response [96] no later than **November 1, 2019**. Plaintiffs are granted an extension of time, up to and including **November 8, 2019**, to file their reply brief in support of the motion to dismiss.

3) The parties shall provide updated responses and responsive documents to any requests for production of documents, admissions, and interrogatories by **November 8, 2019**.

4) All depositions will be completed no later than **November 22, 2019**.

5) The parties will file all pre-hearing materials required by the Court's May 20, 2019 Memorandum and Order [40] by **December 6, 2019**. The parties should not simply supplement their previously filed materials but should file new prehearing materials which comply with the pre-hearing Order in all respects.

**IT IS FURTHER ORDERED** that <u>**counsel shall appear for the Court's informal matters docket at 9:00 a.m. on December 6, 2019 in Courtroom 16-South to discuss setting the preliminary injunction motion for hearing**</u>. Counsel should confer in advance of that date to select mutually agreeable dates for the hearing in January and February of 2020, as this case will likely not be reached in December.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2019.