UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HOFFMAN BROTHERS HEATING, and AIR CONDITIONING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:19 CV 200 RWS |
| HOFFMAN AIR CONDITIONING & HEATING, LLC., et al., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

After due consideration of the parties' representations set out in the joint proposed scheduling plan [149],

**IT IS HEREBY ORDERED** that:

1) Discovery will be conducted as agreed to by the parties.

2) Plaintiff will file its amended motion and memorandum in support of preliminary injunction by no later than **December 6, 2019**. Defendants will file their response to plaintiff's amended motion for preliminary injunction no later than **December 20, 2019**. Plaintiff will file its reply brief in support of its motion for preliminary injunction no later than **January 6, 2020**.

**IT IS FURTHER ORDERED** that the Court will set the amended motion for preliminary injunction for oral argument, if necessary, after briefing is complete.

**IT IS FURTHER ORDERED** that the **status conference set for the Court's informal matters docket at 9:00 a.m. on December 6, 2019 in Courtroom 16-South is vacated.**

**IT IS FURTHER ORDERED** that the motion for extension of time [146] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of November, 2019.