# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HOFFMANN BROTHERS HEATING AND AIR CONDITIONING, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:19-CV-00200-SEP ) |
| THOMAS E. HOFFMANN and HOFFMANN AIR CONDITIONING & HEATING, LLC, | ) ) ) ) |
| Defendants/Counterclaimants, | ) ) |
| v. | ) ) |
| HOFFMANN BROTHERS HEATING AND AIR CONDITIONING, INC., ROBERT J. HOFFMANN, CHRIS HOFFMANN, AND ROBERT JOSEPH HOFFMANN, JR., | ) ) ) ) ) ) |
| Counterclaim Defendants. | ) |

## DEFENDANTS/COUNTERCLAIMANTS' MOTION FOR EXTENSION OF PAGE LIMITS FOR MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendants/Counterclaimants Thomas Hoffmann and Hoffmann Air Conditioning & Heating, LLC (collectively, "Counterclaimants") respectfully move this Court pursuant to Local Rule 7-4.01(D) for an order granting an extension of page limits for its Motion for Judgment as a Matter of Law. In support of this Motion, Counterclaimants state as follows:

1. Counterclaimants intend to file a Motion for Judgment as a Matter of Law pursuant to Rule 50 of the Federal Rules of Civil Procedure.

2. Counterclaimants require an extension beyond the fifteen pages allocated pursuant to Local Rule 7-4.01(D) to adequately address the multiple claims pertaining to Counterclaimants many witnesses' testimony across six days of trial.

3. Therefore, pursuant to Local Rule 7-4.01(D), Counterclaimants request leave of Court to exceed the fifteen-page limit by no more than fourteen pages for its Memorandum in Support of the Motion, exclusive of the signature block and Certificate of Service.

4. Defendant does not submit this request for any improper purpose, or to burden this Court. Rather, the additional page requested will serve to fully explain the issues.

5. None of the Parties will be prejudiced by the Court granting Counterclaimants' request.

WHEREFORE, Defendants/Counterclaimants Thomas Hoffmann and Hoffmann Air Conditioning & Heating, LLC respectfully request that the Court enter an Order granting an extension of no more than fourteen pages, exclusive of the signature block and Certificate of Service, for its Memorandum in Support and grant any further relief the Court deems just and appropriate.

**Dated: June 14, 2022**

Respectfully submitted,

THOMPSON COBURN LLP

By  */s/ Jan Paul Miller*
Jan Paul Miller, #58112MO
Brian A. Lamping, #61054MO
Daniel A. Garcia, #70071MO
David B. Jinkins, #49254MO
Justin Powers Mulligan, #66944MO
One US Bank Plaza
St. Louis, Missouri  63101
314-552-6000
FAX 314-552-7000
jmiller@thompsoncoburn.com
blamping@thompsoncoburn.com
dgarcia@thompsoncoburn.com
djinkins@thompsoncoburn.com
jmulligan@thompsoncoburn.com

*Attorneys for Defendants/Counterclaimants*

- 3 -

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system on June 14, 2022 to all counsel of record.

                                                              */s/ Jan Paul Miller*