# VERDICT FORMS

# VERDICT FORM NO. 1

## TRADEMARK INFRINGEMENT

### Part I

Note: Complete this form by writing in the names required by your verdict.

On the claim of plaintiff Hoffmann Brothers for trademark infringement/unfair competition against defendant Tom Hoffmann, as submitted in Instruction No. 10, the jury finds in favor of:

__Defendant Tom Hoffmann_____
(Plaintiff Hoffmann Brothers       or        (Defendant Tom Hoffmann)
Heating and Air Conditioning, Inc.)

On the claim of plaintiff Hoffmann Brothers for trademark infringement/unfair competition against defendant Hoffmann Air Conditioning & Heating, LLC, as submitted in Instruction No. 10, the jury finds in favor of:

__Defendant Hoffmann Conditioning & Heating, LLC_____
(Plaintiff Hoffmann Brothers       or        (Defendant Hoffmann Air
Heating and Air Conditioning, Inc.)          Conditioning & Heating, LLC)

### Part II

Note: Complete the following paragraph only if one or more of the findings in Part I above is in favor of plaintiff Hoffmann Brothers.

The jury assesses the damages of plaintiff Hoffmann Brothers as follows:

For actual damages $_____ (*stating the amount*).

For defendants' profits attributable to the infringement $_____ (*stating the amount*).

6-17-2022                    ███████████
Dated                        Foreperson

50

## VERDICT FORM No. 2

## BREACH OF CONTRACT AGAINST TOM

### Part I

Note: Complete this form by writing in the names required by your verdict.

On the claim of plaintiff Hoffmann Brothers for breach of contract against defendant Tom Hoffmann, as submitted in Instruction No. 19, the jury finds in favor of:

__Plaintiff Hoffmann Brothers Heating & Air Conditioning__
(Plaintiff Hoffmann Brothers       or       (Defendant Tom Hoffmann)
Heating and Air Conditioning, Inc.)

On the claim of plaintiff Hoffmann Brothers for breach of contract against defendant Tom Hoffmann, as submitted in Instruction No. 20 the jury finds in favor of:

__Defendant Tom Hoffmann__
(Plaintiff Hoffmann Brothers       or       (Defendant Tom Hoffmann)
Heating and Air Conditioning, Inc.)

### Part II

Note: Complete the following paragraph only if your finding in Part I above is in favor of plaintiff Hoffmann Brothers Heating and Air Conditioning, Inc.

The jury assesses the damages of plaintiff Hoffmann Brothers as follows:

For actual damages $ __1.00__ (stating the amount)

__6-16-2022__
Dated                                    Foreperson

51

## VERDICT FORM No. 3

## BREACH OF CONTRACT AGAINST ROBERT

### Part I

Note: Complete this form by writing in the names required by your verdict.

On the claim of counterclaimant Tom Hoffmann for breach of contract against counterclaim defendant Robert Hoffmann, as submitted in Instruction No. 22, the jury finds in favor of:

__Counterclaim Defendant Robert Hoffmann__
(Counterclaimant Tom Hoffmann)       or       (Counterclaim Defendant Robert Hoffmann)

### Part II

Note: Complete the following paragraph only if your finding in Part I above is in favor of counterclaimant Tom Hoffmann.

The jury assesses the damages of counterclaimant Tom Hoffmann as to his breach of contract claim as follows:

For damages $_____ (*stating the amount*).

6-16-2022
Dated                                                 Foreperson

# VERDICT FORM No. 4

## *PRIMA FACIE* TORT

### Part I

Note: Complete this form by writing in the names required by your verdict.

On the claim of counterclaimants Tom Hoffmann and Hoffmann Air Conditioning & Heating, LLC for prima facie tort against counterclaim defendant Robert Joseph (Joe) Hoffmann, Jr., as submitted in Instruction No. 25, the jury finds in favor of:

__Counterclaimants Tom Hoffmann & Hoffmann Air Conditioning & Heating LL__

(Counterclaimants Tom Hoffmann and Hoffmann Air Conditioning & Heating LLC)   or   (Counterclaim Defendant Joe Hoffmann)

### Part II

Note: Complete the following paragraph only if the findings in Part I above is in favor of counterclaimants Tom Hoffmann or Hoffmann Air Conditioning & Heating LLC.

The jury assesses the damages of counterclaimants Tom Hoffmann and Hoffmann Air Conditioning & Heating LLC as follows:

For actual damages $ __800.00__ (*stating the amount*).

For punitive damages against counterclaim defendant Joe Hoffmann $ __5,000.00__ (*stating the amount or, if none, write the word, "none"*).

__6-15-2022__
Dated

[Foreperson signature redacted]
Foreperson

53